IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMY G. MASSEY, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 13-0178-M
CAROLYN W. COLVIN, :
Social Security Commissioner, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Amy G. Massey.

DONE this 21st day of January, 2014.

                                         s/BERT W. MILLING, JR.
                                         UNITED STATES MAGISTRATE JUDGE